887 F.2d 1009
 UNITED STATES of America, Plaintiff-Appellee,
v.
Richard O. REB'LL, Defendant-Appellant.
 No. 88-1103.
 United States Court of Appeals,
Ninth Circuit.
 Oct. 25, 1989.
 
 Before KILKENNY, WIGGINS and NOONAN, Circuit Judges.
 
 ORDER
 
 1
 The opinion filed on June 26, 1989, United States v. Reb'll, 878 F.2d 298 (9th Cir.1989), is withdrawn. The judgment of the district court is reversed and the case remanded for a new trial. Gomez v. United States, --- U.S. ----, 109 S.Ct. 2237, 104 L.Ed.2d 923 (1989); United States v. France, 886 F.2d 223 (9th Cir.1989).
 
 
 2
 So ordered.